# EXHIBIT 1

| IK 76 200912 670 3724 | | 29435-007-62224-2 A0061070 161 |
201205 058313 61702 IRS USE ONLY SB N

**Department of the Treasury**
**Internal Revenue Service**
Ogden, UT  84201-0039

For assistance, call:
1-877-829-5500

Notice Number:  CP161
Date:  February 13, 2012

Taxpayer Identification Number:

021550.935201.0092.003 1 MB 0.404 870

Tax Form:  5330
Tax Period:  December 31, 2009
Plan Number:  001

ADVANCE TRADING INC
PO BOX 1027
BLOOMINGTON   IL   61702-1027

021550

Request for Payment                    Return Of Excise Taxes Related To Employee Benefit Plans

Our records show you owe $1,924.59 on your return for the above tax period.

**What You Need to Do**

Pay the amount you owe now by using one of the following methods. To avoid additional penalty and/or interest, we must receive your payment by March 5, 2012. The Electronic Federal Tax Payment System (EFTPS) is the preferred method to ensure your tax payments are on time and secure.

* **EFTPS**
    * If you are currently enrolled, go to www.eftps.gov or call 1-800-555-4477.
    * To learn more about EFTPS and other electronic payment options, including credit card payments, visit www.irs.gov keyword: e-pay.

* **Check or Money Order**
    * Make your check or money order payable to the United States Treasury.
    * Write your taxpayer identification number, tax form number, tax period, and your phone number on your payment; and
    * Mail your payment with the payment voucher located at the bottom of this notice in the enclosed envelope.

If you choose to pay by check or money order, please allow enough mailing time so that we receive your payment by March 5, 2012.

If you believe this notice is incorrect, please call us at 1-877-829-5500. When you call, please have your payment information and a copy of your return available. This information will help us find any payment you made that we haven't applied.

### Tax Statement

| | |
|---|---|
| IRC Section 4975(A) Tax | $35,809.38 |
| Tax on Return | $35,809.38 |
| Total Credits | $35,809.38- |
| Amount Previously Refunded to You | $.00- |

Page 1

Overpayment                                                        $.00
Penalty                                                           $.00
Interest                                                    $1,924.59

**Total Amount You Owe**                                    **$1,924.59**

The following is a list of payments we have credited to your account for the above tax return and tax period:

| Date | Amount |
|------|--------|
| 01/05/2012 | $35,809.38 |

For tax forms, instructions and information visit **www.irs.gov**.  (Access to this site will not provide you with your specific taxpayer account information.)

## Penalty and Interest

**About Your Notice** - The penalty and/or interest charges on your account are explained on the following pages.  If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice.  You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you.  All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Penalties: $.00

### Interest: $1,924.59

**09 Interest**

We charged interest because you did not pay your tax on time.  Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full.  The interest rate is variable and may change quarterly.  We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

Seq. No.: A0001070   CP: 101
TIN: 37-1117051      Form: 5330                    Tax Period: December 31, 2009

The interest rates on underpayment and overpayment of taxes are as follows:



021550

| Periods | Percentage Rates | |
|---|---|---|
| | UNDERPAYMENT | OVERPAYMENT |
| July 1, 1996 through March 31, 1998......................... | 9 | 8 |
| April 1, 1998 through December 31, 1998................. | 8 | 7 |
| January 1, 1999 through March 31, 1999................... | 7 | 7 |
| April 1, 1999 through March 31, 2000..................... | 8 | 8 |
| April 1, 2000 through March 31, 2001..................... | 9 | 9 |
| April 1, 2001 through June 30, 2001....................... | 8 | 8 |
| July 1, 2001 through December 31, 2001................. | 7 | 7 |
| January 1, 2002 through December 31, 2002............. | 6 | 6 |
| January 1, 2003 through September 30, 2003............. | 5 | 5 |
| October 1, 2003 through March 31, 2004................. | 4 | 4 |
| April 1, 2004 through June 30, 2004....................... | 5 | 5 |
| July 1, 2004 through September 30, 2004................. | 4 | 4 |
| October 1, 2004 through March 31, 2005................. | 5 | 5 |
| April 1, 2005 through September 30, 2005................ | 6 | 6 |
| October 1, 2005 through June 30, 2006................... | 7 | 7 |
| July 1, 2006 through December 31, 2007................. | 8 | 8 |
| January 1, 2008 through March 31, 2008................. | 7 | 7 |
| April 1, 2008 through June 30, 2008....................... | 6 | 6 |
| July 1, 2008 through September 30, 2008................. | 5 | 5 |
| October 1, 2008 through December 31, 2008 ............. | 6 | 6 |
| January 1, 2009 through March 31, 2009 ................. | 5 | 5 |
| April 1, 2009 through December 31, 2010 ................. | 4 | 4 |
| January 1, 2011 through March 31, 2011................. | 3 | 3 |
| April 1, 2011 through September 30, 2011................ | 4 | 4 |
| Beginning October 1, 2011................................... | 3 | 3 |

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly. From January 1, 1987 through December 31, 1998, the interest rate we paid on an overpayment of taxes was 1% less than the rate of interest we charged on your underpayment of taxes. Effective January 1, 1995, we pay a reduced rate of interest on corporate overpayments that exceed $10,000. This reduced rate is the short-term federal interest rate plus 1/2%.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

## 19 Interest - Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Seq. No.: A0081070   CP: 161
TIN: ███████████        Form: 5330          Tax Period: December 31, 2009



021550

✂ **CUT HERE**

Return this voucher with your payment or correspondence.

Your Telephone Number:        Best Time to Call:

(   )        -                         _____AM_____PM

**Amount you owe:**    **$1,924.59**
* You will avoid additional penalties and/or interest if we receive your full payment by March 5, 2012

☐ **Amount enclosed:**    $_____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

SB        201205        0919                29435-007-62224-2

161        Internal Revenue Service
           Ogden UT  84201-0039

ADVANCE TRADING INC
PO BOX 1027
BLOOMINGTON IL  61702-1027



IK ADVA 76 2 200912 670 00000192459

# EXHIBIT 2

IK 76   201012   670   3724
201205   003934   61702   IRS USE ONLY

29435-007-62223-2   B0061069   161
SB   N

**Department of the Treasury**
**Internal Revenue Service**
Ogden  UT  84201-0039

For assistance, call:
1-877-829-5500

**Notice Number: CP161**
**Date: February 13, 2012**

**Taxpayer Identification Number:**

000778 338043 0004 001 1 MB 0 404 864

**Tax Form: 5330**
**Tax Period: December 31, 2010**
**Plan Number: 001**

ADVANCE TRADING INC
PO BOX 1027
BLOOMINGTON   IL   61702-1027

000778

**Request for Payment**           **Return Of Excise Taxes Related To Employee Benefit Plans**

Our records show you owe $26,061.69 on your return for the above tax period.

**What You Need to Do**

Pay the amount you owe now by using one of the following methods. To avoid additional penalty and/or interest, we must receive your payment by March 5, 2012. The Electronic Federal Tax Payment System (EFTPS) is the preferred method to ensure your tax payments are on time and secure.

- **EFTPS**
    - If you are currently enrolled, go to www.eftps.gov or call 1-800-555-4477.
    - To learn more about EFTPS and other electronic payment options, including credit card payments, visit www.irs.gov keyword: e-pay.

- **Check or Money Order**
    - Make your check or money order payable to the United States Treasury;
    - Write your taxpayer identification number, tax form number, tax period, and your phone number on your payment; and
    - Mail your payment with the payment voucher located at the bottom of this notice in the enclosed envelope.

If you choose to pay by check or money order, please allow enough mailing time so that we receive your payment by March 5, 2012.

If you believe this notice is incorrect, please call us at 1-877-829-5500. When you call, please have your payment information and a copy of your return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| IRC Section 4975(A) Tax | $95,163.00 |
| Tax on Return | $95,163.00 |
| Total Credits | $95,163.00- |
| Amount Previously Refunded to You | $.00 |

Page 1

| | | |
|---|---|---|
| Overpayment | | $.00 |
| Penalty | | $24,266.56 |
| Interest | | $1,795.13 |
| **Total Amount You Owe** | | **$26,061.69** |

The following is a list of payments we have credited to your account for the above tax return and tax period:

| Date | Amount |
|---|---|
| 01/05/2012 | $95,163.00 |

For tax forms, instructions and information visit **www.irs.gov.** (Access to this site will not provide you with your specific taxpayer account information.)

## Penalty and Interest

**About Your Notice** - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $24,266.56

## 01 Penalty for Filing Return Late $21,411.67

We charged a penalty because you filed your return late. We use the number of months the return is late to determine the penalty. If you filed more than 60 days late, the minimum penalty may apply. The minimum penalty is the lesser of $100 or 100% of the tax due, for returns due before 12/31/2008. For returns due after 12/31/2008, the minimum penalty is the lesser of $135 or 100% of the tax due. If you disagree with this penalty, see "Removal of Penalties" in this notice. To avoid this penalty in the future, you should file your returns by the return due date.

*(Internal Revenue Code section 6651)*

The table below shows how we figured your penalty. We multiplied the number of months times the monthly rate times the principal.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 12/31/2011 | 05 | 4.50% | 95,163.00 | 21,411.67 |
| | | | Total Penalty: | 21,411.67 |

Seq. No.: B0061069    CP: 161
               TIN: ███████    Form: 5330    Tax Period: December 31, 2010

## 07 Paying Late  $2,854.89

We charged a penalty because you paid your taxes late.  We count part of a month as a full month.  If you disagree with this penalty, see "Removal of Penalties" in this notice.  To avoid this penalty in the future, you should pay your taxes by the due date.  Even if you have an extension to file your tax return, you do not have additional time to pay your tax.

*(Internal Revenue Code section 6651 (a) (2))*

The table below shows how we figured your penalty.  We multiplied the number of months times the monthly rate (1/2 percent) times the principal (not to exceed 25%).



000778

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 01/31/2012 | 06 | 0.50% | 95,163.00 | 2,854.89 |
| | | | Total Penalty: | 2,854.89 |

## Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

**Reasonable Cause**

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation.  After we review your explanation, we will notify you of our decision.  In some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Advice from IRS**

We will remove your penalty if all the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement;* and (2) send it to the IRS Service Center where you filed your return.

## Interest: $1,795.13

## 09 Interest

We charged interest because you did not pay your tax on time.  Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full.  The interest rate is variable and may change quarterly.  We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

The interest rates on underpayment and overpayment of taxes are as follows:

| Periods | Percentage Rates | |
|---|---|---|
| | UNDERPAYMENT | OVERPAYMENT |
| July 1, 1996 through March 31, 1998............... | 9 | 8 |
| April 1, 1998 through December 31, 1998......... | 8 | 7 |
| January 1, 1999 through March 31, 1999.......... | 7 | 7 |
| April 1, 1999 through March 31, 2000............. | 8 | 8 |
| April 1, 2000 through March 31, 2001............. | 9 | 9 |
| April 1, 2001 through June 30, 2001............... | 8 | 8 |
| July 1, 2001 through December 31, 2001.......... | 7 | 7 |
| January 1, 2002 through December 31, 2002..... | 6 | 6 |
| January 1, 2003 through September 30, 2003..... | 5 | 5 |
| October 1, 2003 through March 31, 2004.......... | 4 | 4 |
| April 1, 2004 through June 30, 2004............... | 5 | 5 |
| July 1, 2004 through September 30, 2004......... | 4 | 4 |
| October 1, 2004 through March 31, 2005.......... | 5 | 5 |
| April 1, 2005 through September 30, 2005........ | 6 | 6 |
| October 1, 2005 through June 30, 2006............ | 7 | 7 |
| July 1, 2006 through December 31, 2007.......... | 8 | 8 |
| January 1, 2008 through March 31, 2008.......... | 7 | 7 |
| April 1, 2008 through June 30, 2008............... | 6 | 6 |
| July 1, 2008 through September 30, 2008......... | 5 | 5 |
| October 1, 2008 through December 31, 2008 ..... | 6 | 6 |
| January 1, 2009 through March 31, 2009 ......... | 5 | 5 |
| April 1, 2009 through December 31, 2010 ........ | 4 | 4 |
| January 1, 2011 through March 31, 2011.......... | 3 | 3 |
| April 1, 2011 through September 30, 2011........ | 4 | 4 |
| Beginning October 1, 2011......................... | | |

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly. From January 1, 1987 through December 31, 1998, the interest rate we paid on an overpayment of taxes was 1% less than the rate of interest we charged on your underpayment of taxes. Effective January 1, 1995, we pay a reduced rate of interest on corporate overpayments that exceed $10,000. This reduced rate is the short-term federal interest rate plus 1/2%.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

## 19 Interest - Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Seq. No.: B0061009    CP: 161
                      TIN: ████████    Form: 5330          Tax Period: December 31, 2010



000778

✂ **CUT HERE** ─────────────────────────────────────────

Return this voucher with your payment or correspondence.

Your Telephone Number:      Best Time to Call:

( )_____-_____        _____AM_____PM

**Amount you owe:**     **$26,061.69**
  • You will avoid additional penalties and/or
    interest if we receive your full payment by
    **March 5, 2012**

☐ **Amount enclosed:**      **$_____**
  • Make payable to United States Treasury
  • Write Taxpayer Identification Number, tax
    period and tax form number on payment

☐ **Correspondence enclosed**

SB      201205      01070919        29435-007-62223-2

161     Internal Revenue Service            ADVANCE TRADING INC
        Ogden  UT  84201-0039               PO BOX 1027
                                            BLOOMINGTON  IL  61702-1027

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

███████  IK ADVA 76 2 201012 670 0000260b1b9